# JUDICIAL MEMORANDUM

High Court of American Samoa

December 20, 1989

KRUSE, Chief Justice:

Judiciary Memorandum and Order:

The District Court is not ordinarily a court of record; however, in cases where a stenographic record of its proceedings has been made, final decisions of the District Court may be appealed directly to the

Appellate Division of the High Court. A.S.C.A. §3.0309. In the case of proceedings taken without a record, appeal is by way of trial *de novo* before the Trial Division of the High Court. A.S.C.A. § 3.0309.

The Judicial Branch currently has under its full time employ three certified stenographic court reporters, no more than two of whom are required in the High Court at any on time. Since a reporter is, therefore, available at most times to keep a record of the District Court's proceedings, and because trials *de novo* are, in many instances, unecessary duplication of effort, in the interests of efficient and economic use of personnel, and pursuant to authority conferred by the A.S.C.A. § 3.0102 and § 3.0306,

IT IS HEREBY ORDERED: That a record shall be made in the following proceedings before the District Court: all criminal matters; all civil actions excepting small claims matters; and all traffic proceedings involving serious traffic offenses under Title 22, Chapter 7, A.S.C.A. §§ 22.0701 et seq.